**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN THE MATTER OF: | No. CV 06-1586-PHX-SMM |
| TFS Electronic Manufacturing Services, Inc., | BK-05-15403-PHX-RTV |
| Debtor. | ORDER |
| TFS Electronic Manufacturing Services, Inc., | |
| Plaintiff, | |
| vs. | |
| Topsearch Printed Circuits (HK), Ltd., | |
| Defendant. | |

Plaintiff TFS Electronic Manufacturing Services, Inc. ("Plaintiff") has filed a Motion requesting the Court to hold a Rule 16 Scheduling Conference in this matter. (Dkt. 33.) Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** Plaintiff's Motion for a Rule 16 Scheduling Conference. (Dkt. 33.)

**IT IS FURTHER ORDERED** that the Court Deputy shall issue an Order scheduling a Rule 16 Conference.

DATED this 27th day of November, 2006.

Stephen M. McNamee
United States District Judge