**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN THE MATTER OF: ) | No. CV 06-1586-PHX-SMM |
| ) | |
| TFS Electronic Manufacturing Services,) | BK-05-15403-PHX-RTV |
| Inc., ) | |
| ) | ADV. No. 06-307 |
|      Debtor. ) | |
| ) | |
| _____ ) | ORDER |
| ) | |
| TFS Electronic Manufacturing Services,) | |
| Inc., ) | |
| ) | |
|      Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Topsearch Printed Circuits (HK), Ltd. and) | |
| Avocent Corporation, ) | |
| ) | |
|      Defendants. ) | |
| _____ ) | |

Pending before the Court is non-party Duy Nguyen's ("Nguyen") Motion to Quash Subpoena (the "Subpoena"). The Subpoena was served on January 25, 2007, and schedules Nguyen's deposition "on March 8, 2007 . . . in San Jose, California." (Dkt. 50 at 1, Ex. A.) Nguyen seeks to have this Court quash the Subpoena served by TFS Electronic Manufacturing Services, Inc., on the grounds that he will be in Shenzhen, China on March 8, 2007, and thus the Subpoena requires unreasonable travel in violation of Fed.R.Civ.P. 45(c)(3)(A)(ii). (Dkt. 50 at 3.)

1    Controversies regarding depositions of non-parties are generally decided in the Court

2    which issued the Subpoena.  <u>See</u> Fed.R.Civ.P. 45(c)(3)(A) ("On timely motion, the court by

3    which a subpoena was issued shall quash or modify the subpoena if it . . . (ii) requires a

4    person who is not a party or an officer of a party to travel to a place more than 100 miles

5    from the place where that person resides, is employed or regularly transacts business in

6    person. . . . ").  The Subpoena was issued by the United States District Court for the Northern

7    District of California.  <u>See</u> Dkt. 50, Ex. A.  Therefore, this Court denies Nguyen's Motion

8    to Quash Subpoena.

9        **IT IS HEREBY ORDERED DENYING** Duy Nguyen's Motion to Quash Subpoena.

10   (Dkt. 50.)

11       DATED this 5th day of March, 2007.

12

13

14                                 Stephen M. McNamee
                                   United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                   - 2 -