**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| TFS Electronic Manufacturing Services, Inc. | ) | No. CV 06-1586-PHX-SMM |
|---|---|---|
| Debtor | ) | BK-05-15403-PHX-RTB |
| | ) | |
| TFS Electronic Manufacturing Services, Inc. | ) | **Order** |
| Plaintiff | ) | |
| v | ) | |
| Topsearch Printed Circuits (HK), Ltd. | ) | |
| Defendant | ) | |

  Currently pending before the Court is TFS Electronic Manufacturing Service, Inc.'s Unopposed Motion for Leave to Exceed Page Limit (Doc.67) relating to its Response to Defendant's Motion for Summary Judgment on Damages. Good cause appearing,

  **IT IS HEREBY ORDERED GRANTING** TFS Electronic Manufacturing Service, Inc.'s Unopposed Motion for Leave to Exceed Page Limit.

  **IT IS FURTHER ORDERED** that the Clerk of the Court shall file TFS Electronic Manufacturing Service, Inc.'s Response that has been lodged as Document 68.

  DATED this 7th day of November, 2007.

*Stephen M. McNamee*
United States District Judge