**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| TFS Electronic Manufacturing Services, lnc. ) | No. CV 06-1586-PHX-SMM |
| Debtor ) | BK-05-15403-PHX-RTB |
| TFS Electronic Manufacturing Services, lnc. ) | **Order** |
| Plaintiff ) | |
| v ) | |
| Topsearch Printed Circuits (HK), Ltd. ) | |
| Defendant ) | |

Having considered the request of Defendant Topsearch Printed Circuits (HK) Ltd., (Topsearch) to excuse Peter Cheok, Topsearch's only corporate representative with full settlement authority, from appearing in person at the May 8, 2008 scheduling conference, and instead permitting him to appear telephonically from China (Doc.87),

**IT IS HEREBY ORDERED** that Peter Cheok, Topsearch's corporate representative with full settlement authority, **may appear telephonically** at the Rule 16 Conference. However, the conference has been **rescheduled** to May 22, 2008 at 9:00 a.m.[1]  Mr. Cheok shall call the Court on a clear telephone line at 8:55 a.m. Mountain Standard Time at 602-322-7555.

DATED this 7th day of May, 2008.

Stephen M. McNamee
United States District Judge

---

[1] This will be midnight in China.