**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| TFS Electronic Manufacturing Services, Inc.<br><br>    Debtor<br><br>TFS Electronic Manufacturing Services, Inc.<br><br>    Plaintiff<br>v<br>Topsearch Printed Circuits (HK), Ltd.<br><br>    Defendant | No. CV 06-1586-PHX-SMM<br>BK-05-15403-PHX-RTB<br><br>**ORDER** |

Before the Court is an unopposed Motion to Continue the August 11, 2008 status conference [Doc. 97] filed by Plaintiff TFS Electronic Manufacturing Service, Inc. ("TFS"). Good cause appearing,

**IT IS ORDERED** granting the unopposed Motion to Continue [Doc. 97].

**IT IS FURTHER ORDERED** that the parties have until **Monday, August 18, 2008,** to file a stipulation for dismissal of this action signed by all parties.

**IT IS FURTHER ORDERED** that in the event that no such stipulation is filed, the Court has scheduled a status conference for **Wednesday, August 27, 2008 at 3:30 p.m.** If the stipulation is received by **Monday, August 18, 2008,** the status conference will be automatically vacated.

**IT IS FURTHER ORDERED vacating** the status conference scheduled for **August 11, 2008.**

DATED this 7th day of August, 2008.

Stephen M. McNamee
United States District Judge