**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| TFS Electronic Manufacturing Services, Inc.<br><br>   Debtor<br>_____<br><br>TFS Electronic Manufacturing Services, Inc.<br><br>   Plaintiff<br>v.<br><br>Topsearch Printed Circuits (HK), Ltd.<br><br>   Defendant | No. CV 06-1586-PHX-SMM<br><br>BK-05-15403-PHX-RTB<br><br>**ORDER** |

Pending before the Court is the stipulation of dismissal [Doc. 99] between TFS Electronic Manufacturing Services, Inc. and Topsearch Printed Circuits (HK), Ltd. After consideration of the parties' Stipulation,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulation for Dismissal with Prejudice [Doc. 99]. This matter, including all claims and counterclaims, is dismissed with prejudice, each party to bear its own costs and attorneys' fees incurred in connection with this case.

**IT IS FURTHER ORDERED** that any pending motions and hearings in this matter are hereby **VACATED**.

DATED this 25th day of August, 2008.

Stephen M. McNamee
United States District Judge